AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

GLAZIERS, ARCHITECTURAL METAL
AND GLASS WORKERS LOCAL
UNION NO. 27 WELFARE AND
PENSION FUNDS,
        Plaintiffs,

V.

OTIS W. TAYLOR d/b/a O.W. TAYLOR

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ASSIGNED JUDGE: **08 C 933**

DESIGNATED    **JUDGE ZAGEL**
MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)
    OTIS W. TAYLOR d/b/a O.W. TAYLOR.
    551 LOCUST RUN ROAD
    CINCINNATI, OHIO 45245-3130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*[Stamp: CLERMONT COUNTY SHERIFF A.J. RODENBERG, JR. 2008 MAR -3 P 9:46]*

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk
*Anya Ellis* (signature)
----------------------------
(By) DEPUTY CLERK



February 14, 2008
----------------------------
Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/21/08 |
| NAME OF SERVER (PRINT) JAMES A. ZIEVERINK | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 551 Locust Run Rd Cinti, OH 45245

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/21/08
          Date

Signature of Server: /s/ James A. [signature]

Address of Server: 7008 Elizabeth's Oak Ct  C/o 45248

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.