IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | No. 08 C 933<br><br>Judge Zagel<br>Magistrate Judge Brown |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | |
| OTIS W. TAYLOR d/b/a O.W. TAYLOR, | ) ) | NOTIFICATION AS TO AFFILIATES OF <u>OTIS W. TAYLOR d/b/a/ O.W. TAYLOR</u> |
| DEFENDANT. | ) | |

      As required by Local Rule 3.2, Defendant Otis W. Taylor d/b/a/ O.W. Taylor, LLC, files the following Notification as to Affiliates:

      O.W. Taylor LLC has no publicly held affiliates.

      Respectfully Submitted,

      TAFT STETTINIUS & HOLLISTER LLP

      By: <u>s/ Gregory Parker Rogers</u>
          Attorney for Defendant

Gregory Parker Rogers
ID No. 0042323
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Tel:  (513) 381-2838
Fax:  (513) 381-0205
rogers@taftlaw.com

Dated June 17, 2008

{W1294055.1}