## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 933

GLAZIERS, ARCHITECTRUAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, Plaintiff

v.

OTIS W. TAYLOR /d/b/a O.W. TAYLOR, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| | |
|---|---|
| NAME (Type or print) <br> Gregory Parker Rogers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory Parker Rogers | |
| FIRM <br> Taft Stettinius & Hollister | |
| STREET ADDRESS <br> 425 Walnut Street, Suite 1800 | |
| CITY/STATE/ZIP <br> Cincinnati, Ohio | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0042323 | TELEPHONE NUMBER <br> (513) 381-2838 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |