**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) 08 C 933 ) |
| PLAINTIFFS, | ) JUDGE ZAGEL ) |
| V. | ) MAGISTRATE JUDGE BROWN ) |
| OTIS W. TAYLOR d/b/a O.W. TAYLOR, | ) ) |
| DEFENDANT. | ) |

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, OTIS W. TAYLOR d/b/a O.W. TAYLOR.

In support thereof, Plaintiffs state:

1. This case was filed on February 14, 2008.

2. Defendant was served with Summons and Complaint on April 21, 2008 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period January 1, 2006 through to the present.

                TRUSTEES OF THE GLAZIERS,
                ARCHITECTURAL METAL AND GLASS
                WORKERS LOCAL UNION NO. 27
                WELFARE AND PENSION FUNDS

                By:    s/ Donald D. Schwartz
                         One of Its Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2