IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) 08 C 933 |
| PLAINTIFFS, | ) ) ) JUDGE ZAGEL ) |
| V. | ) MAGISTRATE JUDGE BROWN ) |
| OTIS W. TAYLOR d/b/a O.W. TAYLOR, | ) ) |
| DEFENDANT. | ) |

## NOTICE OF MOTION

**TO:** Otis W. Taylor d/b/a O.W. Taylor
551 Locust Run Road
Cincinnati, Ohio 45245-3130

**PLEASE TAKE NOTICE** that on **June 26, 2008**, at **10:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel, Room 2503** in the Courtroom usually occupied by his in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: June 18, 2008

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 18th day of June 2008, at or before the hour of 5:00 p.m.

    Otis W. Taylor d/b/a O.W. Taylor
    551 Locust Run Road
    Cincinnati, Ohio 45245-3130

    s/Donald D. Schwartz
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    312-236-0415 (phone)
    312-341-0438 (fax)
    Dated: June 18, 2008