UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Glaziers, Architectural Metal and Glass Workers Local
Union No. 27 Welfare and Pension Funds

                                        Plaintiff,

v.                                             Case No.:
                                                1:08−cv−00933
                                                Honorable James B.
                                                Zagel

Otis W. Taylor

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion for order of default and audit pursuant to FRCvp 55(a) [9] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.