# Taft /

Taft Stettinius & Hollister LLP

425 Walnut Street, Suite 1800 / Cincinnati, OH 45202-3957 / Tel: 513.381.2838 / Fax: 513.381.0205 / www.taftlaw.com
Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix / Beijing

GREGORY PARKER ROGERS
(513) 357-9349
rogers@taftlaw.com

May 16, 2008

Donald D. Schwartz
Arnold & Kadjan
19 West Jackson Boulevard
Chicago, IL 60604

Re: Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Fund v. Otis W. Taylor

Dear Mr. Schwartz:

This letter is to confirm our discussion of yesterday concerning this matter.

This firm represents Mr. Taylor in this matter. I first met with Mr. Taylor yesterday, and learned that our answer is a few days overdue. I told you that we will shortly be filing an answer (as soon as my admission to the Northern District of Illinois is approved) and you indicated that you did not have a problem with an answer a few days delayed.

I further told you that Mr. Taylor acknowledges that he owes to the Pension Fund some amount of money that he is endeavoring to pay as soon as he is able. You asked that I send that check to you, and I agreed to do so.

Additionally, you requested an audit within the next 30 to 45 days. I asked that you follow up with me concerning that request when the time drew nearer and that we would see whether or not we could work something out in this regard.

Thank you for your cooperation in this matter. If I have misstated anything, please let me know.

Sincerely,

*GPR* [signature]

Gregory Parker Rogers

GPR:srs

{W1274959.1}

EXHIBIT A