**Subject:** FW: ECF Login Information

----- Original Message -----
From: usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
To: Rogers, Gregory P.
Cc: mark_tortorici@ilnd.uscourts.gov <mark_tortorici@ilnd.uscourts.gov>;
ted_newman@ilnd.uscourts.gov <ted_newman@ilnd.uscourts.gov>;
larry_appelson@ilnd.uscourts.gov <larry_appelson@ilnd.uscourts.gov>;
karen_conn@ilnd.uscourts.gov <karen_conn@ilnd.uscourts.gov>
Sent: Tue Jun 17 10:49:05 2008
Subject: ECF Login Information

DO NOT REPLY TO THIS EMAIL.

Gregory Rogers:

An Electronic Case Filing (ECF) account has been set up for you in the United States District Court for the Northern District of Illinois.

Your login and password are as follows:

Login:
Password:

The URL to access the Northern District of Illinois CM/ECF system is:
ecf.ilnd.uscourts.gov

If you have any questions please call the ECF Help Desk at 312-846-8727.


EXHIBIT
B