IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, <br><br> PLAINTIFFS, <br><br> v. <br><br> OTIS W. TAYLOR d/b/a O.W. TAYLOR, <br><br> DEFENDANT. | ) No. 08 C 933 <br> ) <br> ) Judge Zagel <br> ) Magistrate Judge Brown <br> ) <br> ) <br> ) <br> ) <br> ) <u>ORDER</u> <br> ) <br> ) |

**THIS CAUSE** coming to be heard on Motion of Defendant for Reversal of Entry of Default and Audit for Plaintiffs and against Defendant finds as follows:

1. Counsel for Plaintiffs and counsel for Defendant agreed to an extension for filing of the Answer.

2. In accordance with that agreement, Defendant timely filed its Answer on June 17, 2008, the same day counsel for Defendant was notified by the Clerk that an electronic case filing account was generated by the Court and one day after the Answer was filed.

**IT IS HEREBY ORDERED:**

The Court's June 20, 2008 Order of Default and Audit in favor of Plaintiffs is reversed.

DATED: _____

ENTER: _____
**HONORABLE JUDGE ZAGEL**

W1299804.1