# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 08 C 933<br><br>Judge Zagel<br><br>Magistrate Judge Brown |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | |
| OTIS W. TAYLOR d/b/a O.W. TAYLOR, | ) ) | <u>NOTICE OF MOTION</u> |
| DEFENDANT. | ) | |

**PLEASE TAKE NOTICE** that on June 26, 2008 at 10:15 a.m. or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Zagel, Room 2503** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion Of Defendant For Reversal Of The Court's June 20, 2008 Order Of Default And Audit.

OTIS W. Taylor d/b/a/ O.W. Taylor

By: <u>s/ Gregory Parker Rogers</u>
    Attorney for Defendant

Gregory Parker Rogers
ID No. 0042323
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
Tel:  (513) 381-2838
Fax:  (513) 381-0205
rogers@taftlaw.com

Dated June 23, 2008

{W1299724.1}

CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donald D. Schwartz, Arnold & Kadjan, 19 West Jackson Blvd., Chicago, Illinois 60604.

                                            s/ Gregory Parker Rogers
                                            Gregory Parker Rogers