**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Glaziers, Architectural Metal and Glass Workers Local
Union No. 27 Welfare and Pension Funds

                     Plaintiff,

v.                       Case No.:
                             1:08−cv−00933

                             Honorable James B.
                             Zagel

Otis W. Taylor

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/10/2008. Motion by Defendant Otis W. Taylor to set aside default and audit [12] is granted. Status hearing set for 9/4/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.