**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 08 C 933

GLAZIERS, ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27 WELFARE AND
PENSION FUNDS, Plaintiff,

v.

OTIS W. TAYLOR /d/b/a O.W. TAYLOR, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Justin D. Flamm | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Justin D. Flamm | |
| FIRM | |
| Taft Stettinius & Hollister LLP | |
| STREET ADDRESS | |
| 425 Walnut Street, Suite 1800 | |
| CITY/STATE/ZIP | |
| Cincinnati, OH 45202-3957 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0071575 | 513.381.2838 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |