IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 933<br><br>Judge Zagel<br><br>Magistrate Judge Brown<br><br><br><br><br><br>MOTION OF DEFENDANT FOR LEAVE TO APPEAR AT STATUS CONFERENCE VIA TELEPHONE |
| PLAINTIFFS, | | |
| v. | | |
| OTIS W. TAYLOR d/b/a O.W. TAYLOR LLC, | | |
| DEFENDANT. | | |

Defendant, by its attorney, respectfully requests that this Honorable Court grant it leave to appear (through counsel) via telephone for the Status Conference currently scheduled for 10:00 a.m. on Thursday, September 4, 2008. Because Defendant and its counsel are located out of state, it is respectfully submitted that allowing a telephone appearance is the most economical and expeditious way for this Status Conference to proceed.

        Respectfully Submitted,

        OTIS W. TAYLOR d/b/a O.W. TAYLOR

        By: s/ Justin D. Flamm
            Attorney for Defendant
        Justin D. Flamm
        ID No. 0071575
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio  45202-3957
        Tel:  (513) 381-2838
        Fax:  (513) 381-0205
        flamm@taftlaw.com

        Dated August 19, 2008

CERTIFICATE OF SERVICE

      I certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donald D. Schwartz, Arnold & Kadjan, 19 West Jackson Blvd., Chicago, Illinois 60604.

                                        s/ Justin D. Flamm
                                        Justin D. Flamm

{W1348055.1}